FILED
NOV 0 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8912

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Cesar Xiraud PEREZ-Gonzalez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 7, 2007, within the Southern District of California, defendant Cesar Xiraud Perez-Gonzalez, did knowingly and intentionally import approximately 23.80 kilograms (52.36 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, November 8, 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Cesar Xiraud PEREZ-Gonzalez

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On November 7, 2007, at approximately 0904 hours, Customs and Border Protection Officer (CBPO) I Mercado was assigned to primary lanes at the Calexico, California West Port of Entry when a 2000 white Volkswagen Bora bearing Baja California, Mexico license plate BEC3155 approached for entry.

CBPO I. Mercado encountered the operator and sole occupant of the vehicle identified as Cesar Xiraud PEREZ-Gonzalez. CBPO I. Mercado received a negative Customs declaration from PEREZ and noticed he appeared nervous. CBPO I. Mercado escorted PEREZ and the vehicle to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBP Canine Enforcement Officer (CEO) R. Navarro was requested to screen the vehicle with his Narcotic Detector Dog (NDD). NDD alerted to the vehicle. CBP CEO R. Navarro informed CBPO I. Mercado of the alert. CBPO I. Mercado resumed examination of the vehicle and discovered several packages concealed within a specially built compartment in the vehicle's rocker panels. CBPO I. Mercado removed a package and probed the package exposing a white powdery substance. A sample of the substance was tested and proved positive for cocaine. A total of twenty (22) packages, with a total weight of 23.80 kilograms (52.36 pounds) were removed from the vehicle.

PEREZ was advised of his rights per Miranda. PEREZ stated he understood his rights and was willing to waive his rights and make a statement. PEREZ admitted in smuggling narcotics five times prior to his arrest and receiving $1800.00 for his last smuggling venture.